**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **JAMANA, LLC d/b/a Quality Inn Tillman's Corner** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-5166512** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Quality Inn**<br>**5650 Tillman's Corner Parkway**<br>**Mobile, AL 36619**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Mobile**<br>County | **Location of principal assets, if different from principal place of business**<br>**QUALITY INN Mobile W.,  TIlman's Corner**<br>**5650 TILLMANS CORNER PKWY Mobile, AL 36619**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://www.choicehotels.com/alabama/mobile/quality-inn-hotels/a**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

| Debtor | **JAMANA, LLC d/b/a Quality Inn Tillman's Corner** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7211

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **JAMANA, LLC d/b/a Quality Inn Tillman's Corner** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**                          Case number (*if known*) _____
       Name

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | JAMANA, LLC d/b/a Quality Inn Tillman's Corner | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 29, 2025**
MM / DD / YYYY

**X /s/ URVASHI MALOT**                                **URVASHI MALOT**
Signature of authorized representative of debtor          Printed name

Title **Manager / Member**

**18. Signature of attorney**

**X /s/ Kevin M. Ryan**                          Date **July 29, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Kevin M. Ryan**
Printed name

**Ryan Legal Services, Inc.**
Firm name

**P.O. Box 2161**
**9 Dauphin Street, Ste. 201**
**Mobile, AL 36652-2161**
Number, Street, City, State & ZIP Code

Contact phone **(251) 431-6012**      Email address **ryanlegalservices@gmail.com**

**1856-U26F AL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 29, 2025**      X **/s/ URVASHI MALOT**

                                       Signature of individual signing on behalf of debtor

                                       **URVASHI MALOT**

                                       Printed name

                                       **Manager / Member**

                                       Position or relationship to debtor

7/29/25 9:01PM

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **JAMANA, LLC d/b/a Quality Inn Tillman's Corner** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ALABAMA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981535 El Paso, TX 79998 | | commercial credit card | | | | $30,646.76 |
| Capital One PO Box 30285 Salt Lake City, UT 84130 | | commercial credit card | | | | $15,050.00 |
| City of Mobile, Alabama Revenue Director P.O. Box 3065 Mobile, AL 36652-3065 | | City Lodging Tax assessment, penalties, interest and business license | | | | $121,457.80 |
| First Western SBLC, Inc. c/o CT Corporation System 1200 South Pine Island Road Fort Lauderdale, FL 33324 | | Quality Inn ( West Mobile @ Tillman's Corner)  5650 Tillmans Corner Pkwy, Mobile, AL 36619 | | $2,014,560.72 | $1,593,000.00 | $421,560.72 |
| JP Morgan Chase Bank, N.A. Mail Code LA4-7100 700 Kansas Lane Monroe, LA 71203 | | commerical credit card | | | | $17,250.00 |
| Mobile County Dept of Revenue Sales Tax Dept. PO Box 161009 Mobile, AL 36616 | | Mobile County AL sales tax | | | | $9,000.00 |
| U.S. Small Business Administration Office of General Legal Counsel 409 Third Street Washington, DC 20416 | | Quality Inn ( West Mobile @ Tillman's Corner)  5650 Tillmans Corner Pkwy, Mobile, AL 36619 | | $464,437.74 | $1,593,000.00 | $464,437.74 |

Case 25-11994    Doc 1    Filed 07/29/25    Entered 07/29/25 21:06:52    Desc Main
Document      Page 7 of 39

Debtor     **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**                    Case number *(if known)* _____
           Name

**Fill in this information to identify the case:**

Debtor name    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...........................................................    $    **1,593,000.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.........................................................    $    **240,502.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...........................................................    $    **1,833,502.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **2,504,098.46**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **130,457.80**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **62,946.76**

4.   Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b    $    **2,697,503.02**

**Fill in this information to identify the case:**

Debtor name  **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$2,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Century Bank** | **business/commercial checking** | **0897** | **$60,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $62,500.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Spire ( gas company deposit)** | **$2,000.00** |
|---|---|---|
| 7.2. | **Alabama Power ( utility deposit)** | **$8,000.00** |

Debtor   **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**        Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 7.3. | **Mobile AL City Water ( utility deposit)** | **$4,500.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              **$14,500.00**
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** furnishings for hotel office | **$0.00** | **Comparable sale** | **$2,500.00** |
| | beds, mattresses, casegoods (dressers, nightstands, desks), seating, lighting, curtains, flooring, artwork, and electronics (TVs, mini-fridges, microwaves, coffee makers, alarm clocks) for 58 rooms | **$0.00** | **Liquidation** | **$80,000.00** |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

Debtor **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**  Case number *(If known)* _____
Name

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. | **$82,500.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 BMW X7 SUV (used for Hotel supply runs and administrative tasks )** | **$0.00** | | **$41,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Unimack commercial washing machine and dryer** | **$0.00** | **Comparable sale** | **$20,000.00** |
| **Milnor commercial washing machine** | **$0.00** | **Comparable sale** | **$12,500.00** |
| **Hibiscus commercial dryer** | **$0.00** | **Comparable sale** | **$7,500.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. | **$81,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Debtor    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**       Case number *(If known)* _____
         Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 - ■ No
 - ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Quality Inn ( West Mobile @ Tillman's Corner)<br>5650 Tillmans Corner Pkwy, Mobile, AL 36619** | fee simple | $1,593,000.00 | Tax records | $1,593,000.00 |

56. **Total of Part 9.**
 Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
 Copy the total to line 88.

 | $1,593,000.00 |
 |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
 - ■ No
 - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
 - ■ No
 - ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
 Description (include name of obligor)

Debtor    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**        Case number *(If known)* _____
           Name

| | |
|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities**<br>**Johnson & Johnson commercial property insurance**<br>**policy** |

$1.00

**Alabama Workers Compensation Policy**        $1.00

| | |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.** |

$2.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**            Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$62,500.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$14,500.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$82,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$81,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$1,593,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$2.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$240,502.00** | + 91b. **$1,593,000.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,833,502.00** |

**Fill in this information to identify the case:**

Debtor name   **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF ALABAMA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BMW Financial Services NA, LLC**<br>Creditor's Name<br><br>**P.O. Box 3608**<br>**Dublin, OH 43016**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/2022**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2022 BMW X7  SUV (used for Hotel supply runs and administrative tasks )**<br><br>Describe the lien<br>**security agreement : auto loan**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,100.00 | $41,000.00 |
| **2.2** **First Western SBLC, Inc.**<br>Creditor's Name<br>**c/o CT Corporation System**<br>**1200 South Pine Island Road**<br>**Fort Lauderdale, FL 33324**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5-31-2019**<br>**Last 4 digits of account number**<br>**7000** | Describe debtor's property that is subject to a lien<br>**Quality Inn ( West Mobile @ Tillman's Corner) 5650 Tillmans Corner Pkwy, Mobile, AL 36619**<br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $2,014,560.72 | $1,593,000.00 |

Case 25-11994    Doc 1    Filed 07/29/25    Entered 07/29/25 21:06:52    Desc Main
Document        Page 16 of 39

Debtor **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**    Case number (if known) _____
    Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. First Western SBLC, Inc.**<br>**2. U.S. Small Business Administration** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| | | | |
|---|---|---|---|
| **2.3** | **U.S. Small Business Administration**<br>Creditor's Name<br>**Office of General Legal Counsel**<br>**409 Third Street**<br>**Washington, DC 20416**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/2021**<br>**Last 4 digits of account number**<br>**7807** | Describe debtor's property that is subject to a lien<br>**Quality Inn ( West Mobile @ Tillman's Corner)**<br>**5650 Tillmans Corner Pkwy, Mobile, AL 36619**<br><br>Describe the lien<br>**Second Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $464,437.74 | $1,593,000.00 |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.2** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,504,098.46**

---

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Barry Berlin, President**<br>**First Western SBLC, Inc.**<br>**5956 Sherry Lane, Ste. 700**<br>**Dallas, TX 75225** | Line **2.2** | |
| **U.S. Small Business Administration**<br>**Office of General Legal Counsel**<br>**409 Third Street**<br>**Washington, DC 20416** | Line **2.2** | |
| **United States Attorney**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530-0001** | Line **2.2** | |
| **United States Attorney**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530-0001** | Line **2.3** | |

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 3

Debtor    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**       Case number (if known)                              
          Name

| | |
|---|---|
| **United States Attorney General**<br>**63 Royal Street, #600**<br>**attn: Civil Process Clerk**<br>**Mobile, AL 36602** | Line   **2.2** |
| **United States Attorney General**<br>**63 Royal Street, #600**<br>**attn: Civil Process Clerk**<br>**Mobile, AL 36602** | Line   **2.3** |
| **United States Small Business Admin.**<br>**Commercial Loan Service Center**<br>**2120 Riverfront Drive,  Ste. 100**<br>**Little Rock, AR 72202** | Line   **2.2** |

Case 25-11994    Doc 1    Filed 07/29/25    Entered 07/29/25 21:06:52    Desc Main
Document      Page 18 of 39

| Fill in this information to identify the case: |
|---|

Debtor name **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF ALABAMA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alabama Department  of Revenue**<br>**375 South Ripley Street**<br>**Montgomery, AL 36104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred<br>**2024-2025** | Basis for the claim:<br>**listed for notice** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Mobile, Alabama**<br>**Revenue Director**<br>**P.O. Box 3065**<br>**Mobile, AL 36652-3065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$121,457.80** | **$121,457.80** |
| Date or dates debt was incurred<br>**6/2025** | Basis for the claim:<br>**City Lodging Tax assessment, penalties, interest and business license** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | JAMANA, LLC d/b/a Quality Inn Tillman's Corner | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address

**Mobile County Dept of Revenue
Sales Tax Dept.
PO Box 161009
Mobile, AL 36616**

As of the petition filing date, the claim is: $9,000.00  $9,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024-2025**

Basis for the claim:
**Mobile County AL sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**American Express
P.O. Box 981535
El Paso, TX 79998**

As of the petition filing date, the claim is: *Check all that apply.*  $30,646.76
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **commercial credit card**

Is the claim subject to offset? ☑ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address

**Capital One
PO Box 30285
Salt Lake City, UT 84130**

As of the petition filing date, the claim is: *Check all that apply.*  $15,050.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2021-6/2025

Last 4 digits of account number _

Basis for the claim: **commercial credit card**

Is the claim subject to offset? ☑ No ☐ Yes

**3.3** Nonpriority creditor's name and mailing address

**Choice Hotels International, Inc.
attn: Civil / Legal Process Clerk
915 Meeting Street
Suite 600
Rockville, MD 20852**

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2018

Last 4 digits of account number _

Basis for the claim: **Franchise Agreement; listed for notice**

Is the claim subject to offset? ☑ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address

**JP Morgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203**

As of the petition filing date, the claim is: *Check all that apply.*  $17,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2021-6/2025

Last 4 digits of account number _

Basis for the claim: **commerical credit card**

Is the claim subject to offset? ☑ No ☐ Yes

**Part 3:** List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 2 of 3

| Debtor | **JAMANA, LLC d/b/a Quality Inn Tillman's Corner** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alabama Attorney General**<br>**501 Washington Ave.**<br>**Montgomery, AL 36104** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Alabama Department of Revenue**<br>**Legal Division**<br>**P.O. Box 320001**<br>**Montgomery, AL 36132-0001** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **City of Mobile Alabama**<br>**Legal Department**<br>**P.O. Box 1827**<br>**Mobile, AL 36633-1827** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Mobile County District Attorney**<br>**attn: Civil Division**<br>**P.O. Box 2841**<br>**Mobile, AL 36652** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $          130,457.80 |
| 5b. Total claims from Part 2 | 5b.  + | $           62,946.76 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $          193,404.56 |

**Fill in this information to identify the case:**

Debtor name    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Rupesh Malot aka Rick Malot** | **Quality Inn West Mobile 5650 Tillman's Corner Pkwy. Mobile, AL 36619-1962** | **First Western SBLC, Inc.** | ■ D   __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Rupesh Malot aka Rick Malot** | **Quality Inn West Mobile 5650 Tillman's Corner Pkwy. Mobile, AL 36619-1962** | **U.S. Small Business Administration** | ■ D   __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Rupesh Malot aka Rick Malot** | **Quality Inn West Mobile 5650 Tillman's Corner Pkwy Mobile, AL 36619-1962** | **JP Morgan Chase Bank, N.A.** | ☐ D _____ ■ E/F   __3.4__ ☐ G _____ |
| 2.4 | **Rupesh Malot aka Rick Malot** | **Quality Inn West Mobile 5650 Tillman's Corner Pkwy Mobile, AL 36619-1962** | **Capital One** | ☐ D _____ ■ E/F   __3.2__ ☐ G _____ |

| Debtor | **JAMANA, LLC d/b/a Quality Inn Tillman's Corner** | Case number *(if known)* | |

Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Rupesh Malot**<br>**aka Rick Malot** | **5650 Tillman's Corner Pkwy**<br>**Mobile, AL 36619-1962** | **American Express** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.6 | **Rupesh Malot**<br>**aka Rick Malot** | **5650 Tillman's Corner Pkwy**<br>**Mobile, AL 36619-1962** | **BMW Financial**<br>**Services NA, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Rupesh Malot**<br>**aka Rick Malot** | **5650 Tillman's Corner Parkway**<br>**Mobile, AL 36619** | **Choice Hotels**<br>**International, Inc.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

Case 25-11994    Doc 1    Filed 07/29/25    Entered 07/29/25 21:06:52    Desc Main
Document      Page 24 of 39

**Fill in this information to identify the case:**

Debtor name    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$278,131.60** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$669,288.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$770,545.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | JAMANA, LLC d/b/a Quality Inn Tillman's Corner | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **United States Small Business Admin. Commercial Loan Service Center 2120 Riverfront Drive, Ste. 100 Little Rock, AR 72202** | **Monthly payment on 2nd mortgage ($2480.00); a 4th payment may have been paid to lender within 90 days pre-petition and is factored into the total disclosed.** | $9,920.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **City of Mobile ( Lodging Tax) In re: Quality Inn West Mobile n/a** | **audit / Final Notice of delinquent lodging tax due** | **n/a** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Case 25-11994    Doc 1    Filed 07/29/25    Entered 07/29/25 21:06:52    Desc Main
Document     Page 26 of 39

| Debtor | JAMANA, LLC d/b/a Quality Inn Tillman's Corner | Case number *(if known)* |
|--------|------------------------------------------------|--------------------------|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ryan Legal Services Inc.**<br>**P.O. Box 2161**<br>**Mobile, AL 36652** | | **7/25/2025** | **$5,000.00** |
| | **Email or website address**<br>**www.ryanbk.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**    Case number *(if known)* _____

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:  Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Case 25-11994    Doc 1    Filed 07/29/25    Entered 07/29/25 21:06:52    Desc Main
Document      Page 28 of 39

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

Case 25-11994    Doc 1    Filed 07/29/25    Entered 07/29/25 21:06:52    Desc Main
                    Document        Page 29 of 39

| Debtor | JAMANA, LLC d/b/a Quality Inn Tillman's Corner | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Jamana LLC**<br>**5650 Tillman's Corner**<br>**Parkway**<br>**Mobile, AL 36619** | **Lodging / Motel ( Missouri LLC doing business in Alabama as Foreign Limited Liability Company; AL Sec State Entity ID#: 000-536-098 )** | EIN: **27-5166512**<br><br>From-To **04/14/2011** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Rupesh Malot aka Rick Malot**<br>**Quality Inn West Mobile**<br>**5650 Tillman's Corner Pkwy**<br>**Mobile, AL 36619-1962** | **manager of hotel operations 2019 to present** |
| 26a.2. **Robert E. Friske, CPA**<br>**Quast, Janke & Co., CPAs P.C.**<br>**1010 N. Johnson**<br>**Bay City, MI 48708** | **2/2011 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Quast, Janke & Co., CPAs P.C.**<br>**1010 N. Johnson**<br>**Bay City, MI 48708** | **2/2011 through present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Quast, Janke & Co., CPAs, P.C.**<br>**1010 N. Johnson**<br>**Bay City, MI 48708** | **services provided: Bookkeeping, accounting, tax preparation and tax compliance advice.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Choice Hotels International**<br>**1 Choice Hotels Circle, Suite 400**<br>**Rockville, MD 20850** |

| Debtor | JAMANA, LLC d/b/a Quality Inn Tillman's Corner | Case number *(if known)* |
|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Urvashi Malot | Quality Inn West Mobile<br>5650 Tillman's Corner Pkwy<br>Mobile, AL 36619-1962 | Managing member | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hem Malot | Quality Inn West Mobile<br>5650 Tillman's Corner Pkwy<br>Mobile, AL 36619-1962 | member | 10% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Rupesh Malot aka Rick Malot<br>5650 Tillman's Corner Pkwy.<br>Mobile, AL 36619 | minimal compensation for services provided as manager of hotel. ( amount substantially below average wage/salary for  hotel managers in Mobile County, Alabama.  Rick Malot has been working since 1/1/2025 with no compensation. | 1/2024 to present | services for management of Quality Inn hotel. |
| | Relationship to debtor<br>spouse of Managing Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

Debtor  **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**  Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 29, 2025**

**/s/ URVASHI  MALOT**                                  **URVASHI  MALOT**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor  **Manager  / Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Alabama

In re __JAMANA, LLC d/b/a Quality Inn Tillman's Corner__          Case No. _____
Debtor(s)          Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................... $ _____5,000.00

    Prior to the filing of this statement I have received ........................................ $ _____5,000.00

    Balance Due ........................................................................................................ $ _____0.00

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Amount disclosed is an Initial Retainer Fee. Legal Services to be billed hourly at 225.00 per hour ( Paralegal Rate 75.00 /hr) per Legal Services Agreement. Services include Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Legal Services Agreement fully incorporated herein by reference.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, evidentiary haerings, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Legal Services Agreement fully incorporated herein by reference.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__July 29, 2025__                    __/s/ Kevin M. Ryan__
*Date*                               **Kevin M. Ryan**
                                     *Signature of Attorney*
                                     **Ryan Legal Services, Inc.**
                                     **P.O. Box 2161**
                                     **9 Dauphin Street, Ste. 201**
                                     **Mobile, AL 36652-2161**
                                     **(251) 431-6012   Fax: 877-499-5130**
                                     **ryanlegalservices@gmail.com**
                                     *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Alabama

In re  **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**                  Case No. _____

Debtor(s)                                     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager  / Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 29, 2025** _____                  Signature  **/s/ URVASHI  MALOT**
                                                              **URVASHI  MALOT**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

ALSB LBF 1007 (12/19)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

IN RE:

| | | | |
|---|---|---|---|
| Debtor(s) | **JAMANA, LLC d/b/a Quality Inn Tillman's Corner** | ) | Case No. |
| | | ) | |
| | | ) | Chapter: **11** |
| | | ) | |

## VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)

■ Original
☐ Amendment
☐ Adding    ☐ Deleting

I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below <u>only</u> the number of creditors being added or deleted.

_____ creditor(s) (or if amended, number of creditors added), as shown on attached list

_____ creditor(s) to be deleted, as shown on attached list

**/s/ URVASHI  MALOT**
_____
Debtor Signature

_____
Joint Debtor Signature

**/s/ Kevin M. Ryan**
_____
Signature of Attorney

**July 29, 2025**
_____
Date

[*Check if applicable*]
☐ Creditors with foreign addresses included

1

ALSB LBF 1007 (12/19)

# UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF ALABAMA**

## OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office.

Verification of Creditor List
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above

2

Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36104

Alabama Department  of Revenue
375 South Ripley Street
Montgomery, AL 36104

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132-0001

American Express
P.O. Box 981535
El Paso, TX 79998

Barry Berlin, President
First Western SBLC, Inc.
5956 Sherry Lane, Ste. 700
Dallas, TX 75225

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Capital One
PO Box 30285
Salt Lake City, UT 84130

Choice Hotels International, Inc.
attn: Civil / Legal Process Clerk
915 Meeting Street
Suite 600
Rockville, MD 20852

City of Mobile Alabama
Legal Department
P.O. Box 1827
Mobile, AL 36633-1827

City of Mobile, Alabama
Revenue Director
P.O. Box 3065
Mobile, AL 36652-3065

First Western SBLC, Inc.
c/o CT Corporation System
1200 South Pine Island Road
Fort Lauderdale, FL 33324

JP Morgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

```
Mobile County Dept of Revenue
Sales Tax Dept.
PO Box 161009
Mobile, AL 36616

Mobile County District Attorney
attn: Civil Division
P.O. Box 2841
Mobile, AL 36652

Rupesh Malot aka Rick Malot
Quality Inn West Mobile
5650 Tillman's Corner Pkwy.
Mobile, AL 36619-1962

Rupesh Malot aka Rick Malot
Quality Inn West Mobile
5650 Tillman's Corner Pkwy
Mobile, AL 36619-1962

Rupesh Malot aka Rick Malot
5650 Tillman's Corner Pkwy
Mobile, AL 36619-1962

Rupesh Malot aka Rick Malot
5650 Tillman's Corner Parkway
Mobile, AL 36619

U.S. Small Business Administration
Office of General Legal Counsel
409 Third Street
Washington, DC 20416

United States Attorney
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

United States Attorney General
63 Royal Street, #600
attn: Civil Process Clerk
Mobile, AL 36602

United States Small Business Admin.
Commercial Loan Service Center
2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202
```

# United States Bankruptcy Court
## Southern District of Alabama

In re    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**      Case No.
                         Debtor(s)            Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **July 29, 2025** | **/s/ Kevin M. Ryan** |
| Date | **Kevin M. Ryan** |
| | Signature of Attorney or Litigant |
| | Counsel for    **JAMANA, LLC d/b/a Quality Inn Tillman's Corner** |
| | **Ryan Legal Services, Inc.** |
| | **P.O. Box 2161** |
| | **9 Dauphin Street, Ste. 201** |
| | **Mobile, AL 36652-2161** |
| | **(251) 431-6012 Fax:877-499-5130** |
| | **ryanlegalservices@gmail.com** |